IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00203-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| DAVID CLARKE | ) | |
| JAMEL JOHNSON | ) | |
| JUSTIN PARKS | ) | |
| MIKAEL ROBERTS | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the government, pursuant to Rule 36 of the Federal Rules of Criminal Procedure, to correct a clerical error in the Judgments regarding the name of one of the victims in this case. (Doc. No. 143). The Court finds good cause to grant the requested relief.

**IT IS, THEREFORE, ORDERED** that the Judgment for each defendant in this case shall be amended to replace "First Financial Credit Union" with "Founders Federal Credit Union."

The Clerk is directed to certify copies of this order to defense counsel, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the Financial Administration Unit of the Clerk's Office.

Signed: November 30, 2021

Robert J. Conrad, Jr.
United States District Judge